No. 01–950. HILLSIDE DAIRY INC. ET AL. *v.* LYONS, SECRETARY, CALIFORNIA DEPARTMENT OF FOOD AND AGRICULTURE, ET AL.; and

No. 01–1018. PONDEROSA DAIRY ET AL. *v.* LYONS, SECRETARY, CALIFORNIA DEPARTMENT OF FOOD AND AGRICULTURE, ET AL. C. A. 9th Cir. The Solicitor General is invited to file a brief in these cases expressing the views of the United States.

No. 01–7247. KOWALSKI *v.* BALDWIN, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [534 U. S. 1122] denied.

No. 01–1268. IN RE RETTIG. C. A. 6th Cir. Petition for writ of common-law certiorari denied.

No. 01–8256. IN RE MARTIN;
No. 01–8981. IN RE FOSTER;
No. 01–9106. IN RE PHILLIPS; and
No. 01–9235. IN RE MACON. Petitions for writs of habeas corpus denied.

No. 01–8990. IN RE GREEN. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 01–8008. IN RE MITCHELL; and
No. 01–8993. IN RE GRIER. Petitions for writs of mandamus denied.

No. 01–1156. IN RE KALLEMBACH;
No. 01–8087. IN RE SHERRILL; and
No. 01–8102. IN RE RAFAELI. Petitions for writs of mandamus and/or prohibition denied.

No. 01–1240. IN RE KELLY. Petition for writ of prohibition denied.

No. 01–1015. MOSELEY ET AL., DBA VICTOR'S LITTLE SECRET *v.* V SECRET CATALOGUE, INC., ET AL. C. A. 6th Cir. Certiorari granted.